**DISMISS and Opinion Filed December 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01176-CV

**LEZLIE A. JOHNSTON, Appellant**

**V.**

**LINCOLN PROPERTY COMPANY MANAGEMENT, INC., LINCOLN PROPERTY COMPANY, LINCOLN PROPERTY COMPANY COMMERCIAL, INC., AND LOCH ENERGY SQUARE, LP, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07145**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Before the Court is the parties' December 9, 2019 joint motion to dismiss this appeal and to promptly issue the mandate. We grant the motion, dismiss the appeal, and direct the Clerk of this Court to issue the mandate forthwith. *See* Tex. R. App. P. 42.1(a)(2)(A).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191176F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LEZLIE A. JOHNSTON, Appellant

No. 05-19-01176-CV          V.

LINCOLN PROPERTY COMPANY
MANAGEMENT, INC., LINCOLN
PROPERTY COMPANY, LINCOLN
PROPERTY COMPANY COMMERCIAL,
INC., AND LOCH ENERGY SQUARE,
LP, Appellees

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-07145.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

It is **ORDERED** that the parties bear their own costs of this appeal.


Judgment entered December 17, 2019